# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**HURUY MARRA HAILE**                                      **PETITIONER**
**A#221-345-993**
**v.**                                    **Cause No. 5:26-cv-00283-DCB-BWR**

**RAFAEL VERGARA,**                                      **RESPONDENTS**
*Warden, Adams County Correctional*
*Center* and
**CHRISTOPHER BULLOCK**
*Immigration and Customs Enforcement,*
*New Orleans Field Office Director*

## <u>ORDER</u>

This matter is before the Court on Huruy Marra Haile's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

"The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242). "[T]here is generally only one proper respondent to a given habeas petition. This custodian, moreover, is 'the person' with the ability to produce the prisoner's body before the habeas court." *Id.* at 435. This "immediate custodian" rule means that "in habeas challenges to present physical confinement . . . the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435.

Rafael Vergara, Warden, Adams County Correctional Center, and perhaps Christopher Bullock, Immigration and Customs Enforcement, New Orleans Field

Office Director, are the proper Respondents. The Court directs Respondents to file an answer or other responsive pleading. Respondents' answer or other responsive pleading is due within twenty (20) days of the service of a copy of this Order. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that Rafael Vergara, Warden, Adams County Correctional Center; and Christopher Bullock, Immigration and Customs Enforcement, New Orleans Field Office Director, are Respondents, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, P.O.

Box 850, Washington, MS 39190.

    **SO ORDERED**, this 14th day of May 2026.

            s/ *Bradley W. Rath*

            BRADLEY W. RATH
            UNITED STATES MAGISTRATE JUDGE